**Elijah BUCKLEY, Plaintiff–Appellant,**

v.

**Jack FREUND, Doctor for Richmond City Jail; Dirck L. Brendlinger, PRCC Orthopedist; Dr. Ofogh, LUCC Doctor, Defendants–Appellees.**

No. 01–6788.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2002.

Decided May 9, 2002.

Elijah Buckley, Appellant Pro Se. Elizabeth Stanulis Skilling, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia; Edward Joseph McNelis, III, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Elijah Buckley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Buckley v. Freund,* No. CA–99–1682–AM (E.D. Va. filed Mar. 13, 2001; entered Mar. 14, 2001). We deny Buckley's motion for an extension of time to file a supplemental brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*